# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 545 MAL 2014
:
                  Respondent        : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
            v.             :
:
:
:
LEMUEL JR MARRERO-MONGE,    :
:
             Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.